**H1 LAW GROUP**
Eric D. Hone
Nevada Bar No. 8499
Email: eric@h1lawgroup.com
701 North Green Valley Pkwy., Ste.
Henderson, Nevada 89074
Tel: (702) 608-3720
Fax: (702) 608-3759

*Attorneys for Lakeview Cheese Company, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAKEVIEW CHEESE CO. LLC, a Nevada Limited Liability Company,<br><br>      Plaintiff,<br>v.<br><br>YOKE'S FOODS, INC., a Washington Corporation,<br>      Defendant. | Case No. 2:18-cv-00261-JCM-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE RE MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [ECF No. 5]**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between Lakeview Cheese Company, LLC ("Lakeview"), and Yoke's Foods, Inc., by and through their respective counsel of record, that the briefing schedule for the Motion to Dismiss filed February 20, 2018 [ECF No. 5] (the "Motion"), pending before this Court be extended as follows:

  Lakeview's response to the Motion is extended up to and including March 20, 2018.

/ / /

/ / /

/ / /

1

This extension is requested, not for purposes of delay, but to allow the parties additional time to address and consider pending settlement offers.

DATED this 6th day of March 2018.

H1 LAW GROUP

/s/ Eric D. Hone
Eric D. Hone, Nevada Bar No. 8499
Email: eric@h1lawgroup.com
701 North Green Valley Pkwy, Ste. 200
Henderson, Nevada 89074
Telephone: (702) 608-3720
Facsimile: (702) 608-3759

Attorneys for Lakeview Cheese Company, LLC

DATED this 6th day of March 2018.

GUNDERSON LAW FIRM

/s/ Austin K. Sweet
Austin K. Sweet, Nevada Bar No. 11725
Email: asweet@gundersonlaw.com
Mark H. Gunderson, Nevada Bar No. 2134
mgunderson@gundersonlaw.com
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226

Attorneys for Yoke's Foods

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
DATED: March 8, 2018