**H1 LAW GROUP**
Eric D. Hone
Nevada Bar No. 8499
Email: eric@h1lawgroup.com
Jamie L. Zimmerman
Nevada Bar No. 11749
Email: jamie@h1lawgroup.com
701 North Green Valley Pkwy., Ste. 200
Henderson, Nevada 89074
Tel: (702) 608-3720
Fax: (702) 608-3759

*Attorneys for Lakeview Cheese Company, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAKEVIEW CHEESE CO. LLC, a Nevada Limited Liability Company,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>YOKE'S FOODS, INC., a Washington Corporation,<br>　　　　　　　　　　　Defendant. | Case No. 2:18-cv-00261-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Lakeview Cheese Company, LLC ("Lakeview"), and Yoke's Foods, Inc. ("Yoke's"), by and through their respective counsel of record, as follow:

　　1.　All claims against all parties to the above-captioned action shall be dismissed with prejudice.

　　2.　Each party shall bear its own attorneys' fees and costs.

　　3.　This matter is concluded in its entirety and shall be dismissed with prejudice.

/ / /

/ / /

1

| | |
|---|---|
| DATED this 26th day of April 2018. | DATED this 26th day of April 2018. |
| H1 LAW GROUP | GUNDERSON LAW FIRM |
| /s/ Jamie L. Zimmerman | /s/ Austin K. Sweet |
| Eric D. Hone, Nevada Bar No. 8499 | Austin K. Sweet, Nevada Bar No. 11725 |
| Email: eric@h1lawgroup.com | Email: asweet@gundersonlaw.com |
| Jamie L. Zimmerman | Mark H. Gunderson, Nevada Bar No. 2134 |
| Nevada Bar No. 11749 | Email: mgunderson@gundersonlaw.com |
| Email: jamie@h1lawgroup.com | 3895 Warren Way |
| 701 North Green Valley Pkwy, Ste. 200 | Reno, Nevada 89509 |
| Henderson, Nevada 89074 | Telephone: 775.829.1222 |
| Telephone: (702) 608-3720 | Facsimile: 775.829.1226 |
| Facsimile: (702) 608-3759 | |
| | Attorneys for Yoke's Foods, Inc. |
| Attorneys for Lakeview Cheese Company, LLC | |

**ORDER**

IT IS SO ORDERED that this case is hereby concluded in its entirety and dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 27, 2018